## WHITSITT *v.* RAILROAD COMPANY.

The act of March 3, 1875, c. 137 (18 Stat., pt. 3, p. 470), did not change the juris-
diction of this court to review the final judgment or decree of the Circuit
Court.

APPEAL from the Circuit Court of the United States for the
District of Colorado.

*Mr. Amos Steck* for the appellants.
*Mr. Bela M. Hughes, contra.*

MR. CHIEF JUSTICE WAITE delivered the opinion of the
court.

Although the act of March 3, 1875, c. 137 (18 Stat., pt. 3,
p. 470), gave the circuit courts of the United States original
cognizance of suits of a civil nature arising under the Constitu-
tion and laws of the United States, where the matter in dispute
exceeds, exclusive of costs, the sum or value of $500, it did not
change our jurisdiction for the review of the judgments and
decrees of those courts. That depends now, as it did before, on
the value of the matter in dispute, which must exceed $5,000.
This record does not show in express terms or by fair implica-
tion that the value of the property in controversy reaches that
sum.

*Appeal dismissed for want of jurisdiction.*